IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**ADUIS CHARLESTIN,**
**A-072-844-577,**

      Petitioner,

vs.                               Case No. 4:11cv552-WS/WCS

**ERIC H. HOLDER JR., et al.,**

      Respondents.

_____/


## REPORT AND RECOMMENDATION

      Petitioner, proceeding *pro se*, filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 9. Petitioner alleged that he is a native and citizen of Haiti, and said that Haiti would not issue travel documents for him. *Id.*, at 4. Petitioner sought release from detention, claiming Respondents are "unable to deport [him] in the near future." *Id.*, at 6. Service was directed, doc. 10, and a subsequent order noted that mail to Petitioner at the Wakulla County Jail in Crawfordville, Florida, was returned to the court as undeliverable. Docs. 12, 16.

      Respondents have now filed a motion to dismiss, doc. 21, which asserts that Petitioner was removed "from the United States to Haiti on February 14, 2012." Doc. 21. Because Petitioner was removed and is no longer in custody, Respondents state this case should be dismissed as moot. *Id.*

Petitioner did not challenge the validity of the removal order, only his indefinite detention under <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001).  Petitioner sought release from detention.  Doc. 9.  Respondents have demonstrated with an affidavit that Petitioner was removed to Haiti. Doc. 21-1.  As Petitioner is no longer in detention, there is no longer a case or controversy and this petition is moot.  The motion to dismiss, doc. 21, should be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 21, be **GRANTED** and this petition be **DISMISSED** as moot as Petitioner is no longer in detention and has essentially been granted the relief sought.

**IN CHAMBERS** at Tallahassee, Florida, on February 23, 2012.

 S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**