IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADUIS CHARLESTIN,

    Petitioner,

v.                                  4:11cv552-WS

ERIC H. HOLDER, JR., et al.,

    Respondents.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

    Before the court is the magistrate judge's report and recommendation docketed February 23, 2012.  See Doc. 22.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as moot.

    Having carefully considered the report and recommendation, this court has determined that the report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

    2.  The defendants' motion to dismiss (doc. 21) is GRANTED.

    3.  The petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (doc. 1) is hereby DISMISSED without prejudice.

4.  The clerk is directed to enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this __19th__ day of __March__, 2012.


<u>s/ William Stafford</u>
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE